NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in Nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

**JUDGMENT**

---

KATHRYN L. CLUNE, Crowell & Moring, LLP, of Washington, DC, argued for plaintiff-cross appellant. With her on the brief were VINCENT J. GALLUZZO; and SCOTT L. BITTMAN and JACOB Z. ZAMBRZYCKI, of New York, New York. Of counsel on the brief were CARTER G. PHILLIPS and ERIC A. SHUMSKY, Sidley Austin LLP, of Washington, DC. Of counsel was LUCY GRACE D. NOYOLA, Crowell & Moring, LLP, of New York, New York.

ALAN M. ANDERSON, Alan Anderson Law Firm, LLC, of Minneapolis, Minnesota, argued for defendant-appellant. Of counsel on the brief were GREG REILLY, Morrison & Foerster, LLP, of San Diego, California; and DEANNE E. MAYNARD and MARK E. UNGERMAN, of Washington, DC. Of counsel was MARC A. HEARRON, of Morrison & Foerster, LLP, of Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2012          /s/ Jan Horbaly
Date                                Jan Horbaly
                                        Clerk